UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Case No. 1:19CR0113 AGF ACL |
| v. | ) |
| | ) |
| GORDON B. MOUNT, | ) |
| | ) |
| Defendant. | ) |

**NOTICE OF SUBSTITUTION OF COUNSEL**

Federal Public Defender Lee T. Lawless enters his appearance as appointed counsel of record for the Defendant Gordon B. Mount, replacing Assistant Federal Public Defender Scott Tilsen and all other counsel who previously appeared on behalf of the Defendant.

Respectfully submitted,

/s/Lee T. Lawless
LEE T. LAWLESS   MO 26240
Federal Public Defender
1010 Market Street - Suite 200
St. Louis, Missouri 63101
Telephone 314-241-1255
FAX: 314-421-3177
E-Mail: Lee_Lawless@fd.org

ATTORNEY FOR DEFENDANT

## **CERTIFICATE OF SERVICE**

I hereby certify that on 04/06/2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the Office of the United States Attorney.

/s/ Lee T. Lawless
LEE T. LAWLESS   MO 26240